# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02357-PAB-MJW

RE/MAX, LLC,

        Plaintiff,

v.

QUICKEN LOANS INC.,

        Defendant.

## PLAINTIFF'S NOTICE OF SUBPOENA TO IN-HOUSE REALTY LLC

PLEASE TAKE NOTICE that Plaintiff RE/MAX, LLC, through its attorneys Davis Graham & Stubbs LLP, has issued a Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action to In-House Realty LLC (the "Subpoena to Produce"). A copy of the Subpoena to Produce is attached.

Dated: March 31, 2017

        *s/ John M. Bowlin*
        Thomas P. Johnson, CO Reg. #13099
        Benjamin B. Strawn, CO Reg. #44631
        John M. Bowlin, CO Reg. #42276
        DAVIS GRAHAM & STUBBS LLP
        1550 17th Street, Suite 500
        Denver, CO  80202
        Telephone:  (303) 892-9400
        Fax:  (303) 893-1379
        Email:  tom.johnson@dgslaw.com
        Email:  ben.strawn@dgslaw.com
        Email:  john.bowlin@dgslaw.com

        *Attorneys for Plaintiff RE/MAX, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2017, a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF SUBPOENA TO IN-HOUSE REALTY LLC** was served via email on each of the following:

David G. Palmer
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO  80202
palmerd@gtlaw.com

Peter S. Wahby
Kimberly D. Annello
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX  75201
wahbyp@gtlaw.com
annellok@gtlaw.com

Jeffrey B. Morganroth
Morganroth & Morganroth PLLC
344 N. Old Woodward Ave., Suite 200
Birmingham, MI  48009-5310
jmorganroth@morganrothlaw.com

*Attorneys for Defendant Quicken Loans Inc.*

 *s/ Susan Tablack*