# EXHIBIT 6

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

901 19th Street, Denver, CO 80294-3589

| | |
|---|---|
| **Plaintiff(s)** | **AFFIDAVIT OF SERVICE** |
| Re/Max, LLC | |
| | |
| v. | **Case #: 1:16-cv-02357-PAB-MJW** |
| | |
| **Defendant(s)** | **Compliance Date: 04/17/2017** |
| Quicken Loans Inc., | |

Received on **April 3, 2017 at 11:39 AM**

I, **Gerald Deadwyler**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **Monday, April 03, 2017**, at **02:36 PM**, I executed service of a **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH EXHIBIT A AND LETTER AND AFFIDAVIT OF AUTHENTICITY**, on **In-House Realty, LLC** at **The Corporation Company, 7700 East Arapahoe Road, Suite 220, Centennial, CO 80112**.

**By Registered Agent Service to: PEGGY COX, Process Specialist**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Subscribed and sworn to before me by the Affiant who is personally known to me._

_____
Gerald Deadwyler

_____
Notary Public

_____
Date 4 - 4 - 17

Client Reference: 180372-0063
Field Sheet ID: 1341183

HELEN B. HAYS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934008056
MY COMMISSION EXPIRES JUNE 3, 2017